[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] JUDGMENT
After a full trial, the court finds the debt to be $158,078.71
Interest $1,273.41
Attorney's Fee $1,432.50
Appraisal Fee $400.00
 Search Fee $150.00
$161, 334.62 Less Fair Market Value as of 4/20/99 ($80.000.00)
 Total Dept as of 4/20/99 $81,334.62
 Interest from 4/20/99 $12,629.43
Total Debt $93,964.05
Attorney's Fee for Trial $3,500.00 CT Page 3132-ao
Appraisal Fee $1,000.00
Total $98,464.05
Less Premiums Paid $7,245.67
Total Deferring $91,218.38
Total Judgment for Plaintiff $ 91,218.38
D. Michael Hurley, Judge Trial Referee